# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 19-3113 JB | UNITED STATES vs. Padilla et al | |
| Hearing Date: | 1/17/2020 | Time In and Out: | 9:54 am -10:01 am |
| Clerk: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Marcos Ruiz | Defendant's Counsel: | Angelica Hall for Initial Only |
| AUSA | Lou Mattei | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | | | |

### Initial Appearance

- ☐ Defendant sworn
- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain   ☐ Government does not recommend detention
- ☒ Set for Arraignment/Detention Hearing   on January 21, 2020   @ 9:30 am

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause   ☐ Court does not find probable cause

### Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

### Other

- ☐ Matter referred to ___ for final revocation hearing
- ☐