(Rev. 06/19) Waiver of Detention Hearing

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 2 1 2020
MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

___Marcos Ruiz___
Defendant

Case No. _19-3113 JB_

## WAIVER OF DETENTION HEARING

I, ___Marcos Ruiz___ charged in: (an indictment, complaint, petition) with _____,

Title ___21___, U.S.C. ___841(a)(1)___, and having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and 18. U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be detained. However, I reserve the right to petition the court to review my detention and set reasonable conditions of release.

Date: _1/21/20_

___Marcos Ruiz___
Defendant's signature

_____
Signature of defendant's attorney

___Michael Alan D.___
Printed name of defendant's attorney