UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.**   CR 19-3113-5 JB           **DATE:**  8/2/2021

**TITLE:**  *USA v. Padilla, et al.*

**COURTROOM CLERK:**  L. Rotonda      **COURT REPORTER:**   J. Bean

**COURT IN SESSION:**   11:05 AM       **TOTAL TIME:**   11:20 AM = 15 MINUTES

**TYPE OF PROCEEDING:**  STATUS CONFERENCE

**COURT RULING:**   SEE BELOW

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**    **ATTORNEYS PRESENT FOR DEFENDANT(S):**

  Elaine Ramirez                                                  Michael Alarid

                                                                           Camille Cordova

**PROCEEDINGS:**

**COURT IN SESSION: 11:05 AM**

**COURT:**  CALLS CASE, COUNSEL ENTER APPEARANCES. COURT NOTES WE ARE HERE ON REQUEST OF GOVERNMENT TO TRANSPORT DEFENDANT MARCOS RUIZ TO STATE PROCEEDING.

**MS. RAMIREZ:**  ADDRESSES THE COURT REGARDING NATURE OF REQUEST, AND LOCATION TO WHICH DEFENDANT MAY BE TRANSPORTED SO AS TO PARTICIPATE IN CASE.

**MR. ALARID:**  ADDRESSES COURT REGARDING DEFENDANT'S STATE COURT CASE. STATES THAT ATTORNEY IN STATE PROCEEDING HAS INVOKED DEFENDANT'S FIFTH AMENDMENT RIGHT IN WRITING.

**COURT:**  ADDRESSES COUNSEL REGARDING COURT'S UNDERSTANDING OF PROCEDURAL MECHANISM THROUGH WHICH RIGHT IS INVOKED. INDICATES INCLINED TO ALLOW DEFENDANT TO APPEAR IN STATE COURT PROCEEDING AND INVOKE RIGHT IN-PERSON.

**MS. CORDOVA:**  ADDRESSES THE COURT TO PROVIDE CLARIFICATION REGARDING POINT OF

DISCUSSION.

**COURT:**  INDICATES IF NO OBJECTION, COURT WILL MAKE NOTE AT BOTTOM OF FORM.  INSTRUCTS MR. ALARID TO INFORM THE COURT WHEN THEY ARE READY TO PROCEED WITH SENTENCING.

**COURT IN RECESS:  11:20 PM**

.