UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | 19-3113-005 JB | USA vs.: | Padilla, et al. |
| Date: | 3/23/2022 | Name of Deft: | Marcos Ruiz |

| | |
|---|---|
| Before the Honorable: | James O. Browning |

| | | | |
|---|---|---|---|
| Time In/Out: | 3:51 pm – 4:40 pm | Total Time in Court (for JS10): | 49 minutes |
| Clerk: | L. Rotonda | Court Reporter: | J. Bean |
| AUSA: | Shana Long | Defendant's Counsel: | Camille Cordova (appointed) |
| Sentencing in: | Albuquerque | Interpreter: | n/a |
| Probation Officer: | Ana Ortiz y Martinez | Interpreter Sworn? | Yes     No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | x | Plea | | Verdict | As to: | x  Information (Counts 1, 2, 3) | Superseding Indictment |
| If Plea: | | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | x | Accepted | | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 7/27/2021 | PSR: | x  Not Disputed | Disputed | x  Courts adopts PSR Findings | | |
| Evidentiary Hrg: | x  Not Needed | | Needed | x  Exceptions to PSR: | Not exception, correction to punctuation (see below) | | |

| | |
|---|---|
| **SENTENCE IMPOSED**     Imprisonment (BOP): | 18 months as to each of Counts 1, 2, 3 of Information; said terms to run concurrently, for a total term of 18 months. |
| Supervised Release: | 3 years as to each of Counts 1 and 2 of Information; 1 year as to Count 3 of Information; said terms to run concurrently, for a total term of 3 years. |
| Probation: | |

| | | | | |
|---|---|---|---|---|
| REC | x | 500-Hour Drug Program | BOP Sex Offender Program | Other: |
| ICE | | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulation | x | Community service for 40 hours during supervised release. |
| | Participate in/successfully complete subst abuse program/testing | | Reside halfway house ___ months ___ days |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| x | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Waive right of confidentiality and allow the treatment provider to release treatment records | | Restricted from occupation with access to children |
| x | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | | No loitering within 100 feet of school yards |
| | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| x  OTHER: | You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You may be required to pay all, or a portion, of the costs of the program.<br><br>You shall waive your right of confidentiality and allow the treatment provider to release treatment records to the probation officer and sign all necessary releases to enable the probation officer to monitor your progress. The probation officer may disclose the presentence report, any previous substance abuse evaluations and/or other pertinent treatment records to the treatment provider.<br><br>You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing shall not exceed more than 60 test(s) per year. Testing may include urine testing, the wearing of a sweat patch, and/or any form of prohibited substance screening or testing. You must not attempt to obstruct or tamper with the substance abuse testing methods. You may be required to pay all, or a portion, of the costs of the testing. | | |

|  |  | You must not use or possess alcohol. You may be required to submit to alcohol testing that may include urine testing, a remote alcohol testing system, and/or an alcohol monitoring technology program to determine if you have used alcohol. Testing shall not exceed more than 4 test(s) per day. You must not attempt to obstruct or tamper with the testing methods. You may be required to pay all, or a portion, of the costs of the testing.<br><br>You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You may be required to pay all, or a portion, of the costs of the program.<br><br>You shall waive your right of confidentiality and allow the treatment provider to release treatment records to the probation officer and sign all necessary releases to enable the probation officer to monitor your progress. The probation officer may disclose the presentence report, any previous mental health evaluations and/or other pertinent treatment records to the treatment provider.<br><br>You must not communicate, or otherwise interact, with codefendant(s)/coconspirator(s) without prior approval of the probation officer. |  |  |  |  |
|---|---|---|---|---|---|---|
| Fine: | $ | 0.00 |  | Restitution: $ | n/a |  |
| SPA: | $ | 300.00 |  | Payment Schedule: | x | Due Immediately |  | Waived |
|  | OTHER: |  |  |  |  |  |
| X | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |  |  |  |
| X | Held in Custody |  | Voluntary Surrender |  |  |  |
|  | Recommended place(s) of incarceration: |  |  |  |  |  |
| X | Dismissed Counts: | AUSA moves orally to dismiss Indictment; Defense Counsel confirms no objection. AUSA to file motion and submit proposed order as to same. |  |  |  |  |

OTHER COMMENTS:   Court calls case, counsel enter appearances.  Court addresses Counsel as to whether it should find that matter cannot be further delayed without causing harm to interests of justice.  Counsel respond in the affirmative; Court so finds, permits counsel and Defendant to appear via Zoom.  Court confirms applicable guideline sentencing range.  Defense counsel confers with Defendant (off the record).  AUSA addresses the Court regarding understanding as to issue raised by Defense Counsel as objection.  Court addresses the parties regarding same.  Defense Counsel agrees that hearing should move forward as scheduled.  Defense Counsel addresses Court regarding requested sentence.  Defendant allocutes.  AUSA addresses the Court regarding appropriate disposition of case.  Defense Counsel addresses Court in response to AUSA's statements.  Court states proposed sentence.  Counsel indicate no further comment, Court orders sentence imposed as stated.   Court addresses counsel regarding PSR
AUSA moves orally to dismiss indictment, Defense Counsel confirms no objection.  AUSA will file motion and submit proposed order as to same.  Court addresses parties regarding correction to PSR on page 17 at par. 68, in the second full paragraph, wherein semicolon would be changed to a comma.  Counsel and USPO indicate no objection; USPO agrees to make change.