IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )  CRIMINAL NO. 19-3113 JB |
| | ) |
| vs. | ) |
| | ) |
| MARCOS RUIZ, | ) |
| | ) |
| Defendant. | ) |

MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE

Pursuant to Rule 48, Fed. R. Crim. P., the United States of America respectfully moves the Court to dismiss the Indictment in this case, without prejudice, against Defendant Marcos Ruiz, and in support states as follows:

Pursuant to the plea agreement (Doc. 520), the United States agreed to dismiss the Indictment against Defendant Marcos Ruiz, following sentencing. On March 23, 2022, the Court sentenced Defendant;

Wherefore, the United States prays the Court dismiss the Indictment, without prejudice, against Defendant Marcos Ruiz.

Respectfully submitted,

FRED J. FEDERICI
United States Attorney

*Filed Electronically April 1, 2022*
ROBERT I. GOLDARIS
ELAINE Y. RAMIREZ
Assistant United States Attorneys
P.O. Box 607
Albuquerque, N. M. 87103
(505) 346-7274

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

*Filed electronically April 1, 2022*
ROBERT I. GOLDARIS
Assistant United States Attorney